# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2902
LT Case No. 2023-CF-000723-A

_____

ANTHONY KEVIN MORGAN, II,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
James E. Kallaher, Judge.

Matthew J. Metz, Public Defender, and Ryan M. Belanger,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Daren L. Shippy, Assistant
Attorney General, Tallahassee, for Appellee.

May 7, 2024

PER CURIAM.

   AFFIRMED.

WALLIS, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____